## United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
## 40 Foley Square
## New York, NY 10007

**ROBERT A. KATZMANN**  
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**  
CLERK OF COURT

Date: February 10, 2014  
Docket #: 14-391  
Short Title: United States of America v. Cole

DC Docket #: 1:12-cr-802-1  
DC Court: SDNY (NEW YORK CITY)  
DC Judge: Forrest

# NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

\_\_\_\_   Record on Appeal - Certified List

\_\_\_\_   Record on Appeal - CD ROM

\_\_\_\_   Record on Appeal - Paper Documents

\_XX\_\_   Record on Appeal - Electronic Index

\_\_\_\_   Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8638.