# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of Ferbruary, two thousand and fourteen,

United States of America,

Appellee,

v.

Jeremy Acevedo, AKA Sealed Defendant 3, David Delva, AKA Sealed Defendant 1,

Defendants,

Trevor Cole, AKA Sealed Defendant 1, Dominique Jean Philippe, AKA Sealed Defendant 2,

Defendant -Appellant.

ORDER
Docket Number: 14-391

A notice of appeal was filed on February 7, 2014. Appellant's Form B was due February 21, 2014. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective March 11, 2014 if the form is not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

