UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse　40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

| | |
|---|---|
| Docket Number(s): 14-391 | Caption [use short title] |
| Motion for: Counsel to be relieved and retained counsel allowed to file notice of appearance. | USA v. Trevor Cole |

Set forth below precise, complete statement of relief sought:

I am seeking to be relieved as CJA counsel due to the fact that Mr. Cole has retained counsel, Daniel Demaria to represent him on his appeal to this Court.

MOVING PARTY:  ☐ Plaintiff　☐ Defendant　☑ Appellant/Petitioner　☐ Appellee/Respondent

OPPOSING PARTY: United States Attorney's Office SDNY

MOVING ATTORNEY: David Touger

OPPOSING ATTORNEY: Timothy Sini

[name of attorney, with firm, address, phone number and e-mail]

Peluso & Touger, LLP
70 Lafayette Street, 2d Floor
New York, NY 10013　212-608-1234, dtouger@aol.com

US Attorney's Office SDNY
One St. Andrews Plaza
New York, NY 10007　212-637-2200 timothy.sini@usdoj.gov

Court-Judge/Agency appealed from: SDNY Hon. Katherine B. Forrest

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes　☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed　☐ Opposed　☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes　☑ No　☐ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?　☐ Yes　☑ No
Has this relief been previously sought in this Court?　☐ Yes　☑ No
Requested return date and explanation of emergency: Most respectfully it is requested that the Court rule on this motion as soon as possible so that new counsel can begin preparations to prosecute this apeal.

Is oral argument on motion requested?　☐ Yes　☑ No　(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?　☐ Yes　☑ No　If yes, enter date:

Signature of Moving Attorney: [signed]　Date: 02/26/14　Service by: ☑ CM/ECF　☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | **AFFIDAVIT** |
| v. | 14-391-cr |
| | USDC#  12 Cr 802(KBF) |
| TREVOR COLE | |

------------------------------------------------------------------X

STATE OF NEW YORK    )
                     )
COUNTY OF NEW YORK)

    I, David Touger, an attorney at law admitted to practice law before this Court, state as follows:

    1. I was assigned by the Court to prosecute the above-named individual's appeal.

    2. I represented Mr. Cole in the Court below both at the time of his plea and sentence.

    3. Mr. Cole has now hired, Daniel Demaria, Esq. to represent him in this matter.

    4. I have spoken to Mr. Demaria and he wishes to represent Mr. Cole in his appeal to this Court.

    Wherefore I respectfully request that I be relieved as counsel for Mr. Cole and newly retained counsel, Daniel Demaria, Esq. be allowed to file his notice of appearance.

                                                             David Touger

Sworn to me this 25th
day of February, 2014.

_____
Notary Public    PATRICK J. JOYCE
             Notary Public, State of New York
                No. 02J05039969
            Qualified in New York County
          Commission Expires March 6, 20 1/