**Julia Pamela Heit**
Attorney at Law
(212) 477-6600
Fax: (866) 751-1631
e-mail: jph164@aol.com

2 Peter Cooper Road (Apt. 10c)
New York, New York 10010

May 5, 2014

Clerk
United States Court of Appeals
   for the Second Circuit
40 Foley Square
New York, New York 10007

USA V. PHILIPPE (DN# 14-463

Dear Madam:

    Please be advised that I will file the above named appellant's brief no later than August 4, 2014.

Yours very truly,

Julia Pamela Heit