UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of August, two thousand and fourteen,

_____

| | |
|---|---|
| United States of America, | ORDER |
| | Docket No: 14-391 |
|     Appellee, | |
| v. | |
| Jeremy Acevedo, AKA Sealed Defendant 3, David Delva, AKA Sealed Defendant 1, | |
|     Defendants, | |
| Trevor Cole, AKA Sealed Defendant 1, Dominique Jean Philippe, AKA Sealed Defendant 2, | |
|     Defendants -Appellants. | |

_____

    Counsel for APPELLEE United States of America has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting November 5, 2014 as the brief filing date.

    It is HEREBY ORDERED that Appellee's brief must be filed on or before November 5, 2014.

                                        For The Court:

                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court

